# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-1242 DOC (ANx)                                        Date: March 2, 2010

Title: PATROCINO MONTANO v. WASHINGTON MUTUAL BANK, et al.

---

DOCKET ENTRY
     [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                            Date:_____  Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

   Kristee Hopkins                                             Not Present
Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                        NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

       On January 21, 2010, the Court dismissed Plaintiff Patrocino Montano's First Amended Complaint in its entirety and gave Plaintiff twenty (20) days to amend the complaint. Plaintiff has not done so.

       The Scheduling Conference for this matter is scheduled for March 8, 2010. At that time, the Court will also hear from Plaintiff why this case should not be dismissed for lack of prosecution.

       The Clerk shall serve this minute order on all parties to the action.