JS-6

Gary Lane, Esq. SBN: 050960
Adriana E. Dominguez, SBN 265502
CONSUMER PROTECTION
LEGAL SERVICES, INC.
2911 South Bristol Street
Santa Ana, CA 92704-6205
Telephone: (714) 442-2421
Facsimile: (714) 995-6655

Attorney for Plaintiff
PATROCINA MONTANO

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| PATROCINA MONTANO,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, F.A.;<br>CALIFORNIA RECONVEYANCE<br>COMPANY and DOES 1 through 50,<br>inclusive,<br><br>Defendants. | Case No.: SACV09-1242-DOC (ANx)<br><br>Honorable Judge David O. Carter<br><br>~~PROPOSED~~ ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |

~~PROPOSED~~ ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the request of Plaintiff, Patrocina Montano, in this action, it is hereby ORDERED that the entire action is dismissed without prejudice. Each party shall bear its own costs and fees.

Dated: March 8, 2010

*David O. Carter*
Honorable David O. Carter
United States District Judge

~~PROPOSED~~ ORDER